**Patricia Ann WILLIAMS,
Petitioner–Appellant,**

v.

**WARDEN, WOMEN'S CORRECTIONAL INSTITUTION; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

**No. 00–7795.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 15, 2001.

Patricia Ann Williams, pro se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Patricia Ann Williams seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Williams v. Warden, Women's Correctional Institution,* No. CA–00–3163–3–23 (D.S.C. filed Nov. 20, 2000; entered Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*